**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDWIN CONTRERAS, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>BUSBOYS, INC., et al.<br><br>    Defendants. | Case No. 1:20-cv-02154-JEB |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the parties hereby stipulate to the dismissal of this action against all Defendants with prejudice, each party to bear its own costs.

Date: October 14, 2020

Respectfully submitted,

/s/ Justin Zelikovitz
JUSTIN ZELIKOVITZ, #986001
DCWAGELAW
519 H Street NW
Washington, DC 20001
Phone: (202) 803-6083
Fax: (202) 683-6102
justin@dcwagelaw.com

*Counsel for Plaintiffs*

/s/ Timothy M. McConville, Esq.
TIMOTHY M. MCCONVILLE, #1015787
PRAEMIA LAW, PLLC
11710 Plaza America Drive, Suite 2000
Reston, VA 20190
Phone: (703) 624-1776
Fax: (703) 399-3603
Timothy.McConville@praemialaw.com

*Counsel for Defendants*